PD-1494&1495-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 18 2015

Abel Acosta, Clerk

In the

Court of Criminal Appeals

Austin, Texas

FILED IN
COURT OF CRIMINAL APPEALS

NOV 18 2015

Abel Acosta, Clerk

Charles E. Bell

V.

The State of Texas


From Appeal No. 14-14-00893-CR & 14-14-00894-CR
Trial Cause No. 1412841 & 1413580
Harris County


First Motion for Extension of time to file Petition for Discretionary Review


To the Honorable Judges of the Court of Criminal Appeals:

Comes now, Charles Bell, Petitioner, and files this Motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, appellant shows the Court the following:


## I.

The Petitioner was convicted in the 182nd District Court of Harris County, Texas of the offense of Aggravated Robbery in Cause No. 1412841 & 1413580, styled State of Texas vs. Charles Bell. The Petitioner appealed to the Court of Appeals, Fourteenth Supreme Judicial District. The case was affirmed on October 20, 2015.

## II.

The present deadline for filing the Petition for Discretionary Review is November 19th, 2015. The Petitioner has not requested any extension prior to this request.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until October 22nd. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Patti Sedita, has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

Wherefore, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. 1412841 & 1413580 to January 18th, 2016.

Charles Bell
Petitioner, pro se
Texas Department of Criminal
Justice - Institutional Division
Pam Lyncher State Jail
TDCJ #01960151
Atascocita Rd. 2350
Humble, Tx 77396

## Certificate of Service

I certify that a true and correct copy of the above and foregoing First Motion for Extension of time to File a Petition for Discretionary Review, has been forwarded by U.S. mail, postage prepaid to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this the 12th day of November, 2015.

Charles Bell
Petitioner, pro se

I, Charles Bell, TDCJ# 01960157, being presently incarcerated in the Pam Lyncher State Jail Unit of the Texas Department of Criminal Justice in Harris County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 12th day of November, 2015.

Charles Bell
Petitioner, prose
TDCJ# 01960151